ROBBINS UMEDA LLP
MARC M. UMEDA (197847)
mumeda@robbinsumeda.com
KEVIN A. SEELY (199982)
kseely@robbinsumeda.com
DANIEL R. FORDE (248461)
dforde@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile  (619) 525-3991

Counsel for Plaintiff Thomas Beebe and
Christopher Borrelli and [Proposed] Co-Lead
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THOMAS BEEBE, Derivatively on Behalf of ACCURAY INCORPORATED,<br><br>                            Plaintiff,<br><br>     vs.<br><br>EUAN S. THOMSON, WAYNE WU, LI YU, ROBERT S. WEISS, ELIZABETH DAVILA, JOHN P. WAREHAM, ROBERT E. MCNAMARA, TED. T.C. TU, and JOHN R. ADLER, JR.,<br><br>                            Defendants,<br><br>     and<br><br>ACCURAY INCORPORATED, a Delaware corporation,<br><br>                            Nominal Defendant. | Case No.   C 09 05580 CW<br><br>STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL, AND RELATED MATTERS AND ORDER THEREON |

[Caption continued on following page]

---

STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL AND [PROPOSED] ORDER    CASE NO. C 09 05580 CW

| | | |
|---|---|---|
| 1 | ERIC BACHINSKI, Derivatively on Behalf of ACCURAY INCORPORATED, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  C 09 05639 CW |
| 2 | Plaintiff, | |
| 3 | vs. | |
| 4 | EUAN S. THOMSON, ROBERT E. MCNAMARA, WADE B. HAMPTON, TED TU, WAYNE WU, JOHN R. ADLER, JR., ROBERT S. WEISS, ELIZABETH DAVILA, LI YU, JOHN P. WAREHAM, LOUIS J. LAVIGNE, JR., DENNIS L. WINGER, and DOES 1-25, inclusive, | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Defendants, | |
| 9 | -and- | |
| 10 | ACCURAY INCORPORATED, a Delaware corporation, | |
| 11 | | |
| 12 | Nominal Defendant. | |
| 13 | | |
| 14 | CHRISTOPHER BORRELLI, Derivatively on Behalf of ACCURAY INCORPORATED, | Case No. C 09 05655 CW |
| 15 | Plaintiff, | |
| 16 | vs. | |
| 17 | EUAN S. THOMSON, WAYNE WU, LI YU, ROBERT S. WEISS, ELIZABETH DAVILA, JOHN P. WAREHAM, ROBERT E. MCNAMARA, TED. T.C. TU, and JOHN R. ADLER, JR., | |
| 18 | | |
| 19 | | |
| 20 | Defendants, | |
| 21 | and | |
| 22 | ACCURAY INCORPORATED, a Delaware corporation, | |
| 23 | | |
| 24 | Nominal Defendant. | |

STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL AND [PROPOSED] ORDER    CASE NO. C 09 05580 CW

WHEREAS, there are presently three related shareholder derivative actions against certain of the officers and directors of Accuray, Inc. ("Accuray") on file in this Court;

WHEREAS, in an effort to assure consistent rulings and decisions and the avoidance of unnecessary duplication of effort, all of the counsel for the parties in the related Accuray shareholder derivative actions currently on file in this Court enter into this stipulation.  The counsel are: (1) Robbins Umeda LLP on behalf of plaintiff Thomas Beebe; (2) Robbins Umeda LLP and The Kendall Law Group LLP on behalf of plaintiff Christopher Borrelli; (3) Johnson Bottini LLP on behalf of plaintiff Eric Bachinski; and (4) Wilson Sonsini Goodrich & Rosati P.C. on behalf of nominal defendant Accuray, Inc. and individual defendants Euan S. Thomson, Wayne Wu, Li Yu, Robert S. Weiss, Elizabeth Davila, John P. Wareham, Robert E. McNamara, John R. Adler, Jr., Wade B. Hampton, Louis J. Lavigne, Jr., and Dennis L. Winger;

WHEREAS, the parties agree that it would be duplicative and wasteful of the Court's resources for defendants named in plaintiffs' shareholder derivative actions to have to respond to the individual complaints prior to the agreed upon consolidation.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

1. The following actions are hereby related and consolidated for all purposes, including pre-trial proceedings and trial:

| Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Beebe v. Thomson, et al.* | No. C 09 05580 CW | November 24, 2009 |
| *Bachinski v. Thomson, et al.* | No. C 09 05639 BZ | November 30, 2009 |
| *Borrelli v. Thomson, et al.* | No. C 09 05655 JF | December 1, 2009 |

2. Every pleading filed in the consolidated action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE ACCURAY, INC. SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. C 09 05580 CW |
| This Document Relates To: | |
| ALL ACTIONS | |

3. The files of the consolidated action shall be maintained in one file under Master File No. C 09 05580 CW.

4. The fact that these cases have been consolidated shall not be advanced or used as a factor in the Court's consideration of defendants' motion to stay the action in light of the state derivative action.

5. The dates set forth in this Court's Order dated December 16, 2009, in *Beebe v. Thomson, et al.*, Case No. 4:09-cv-05580-CW, shall be amended as set forth in this paragraph. Plaintiffs shall either designate a complaint as operative or file a Consolidated Derivative Complaint ("Consolidated Complaint") by December 24, 2009. If filed, the Consolidated Complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein. Defendants shall file an answer or a responsive motion and their motion to stay by January 14, 2010. In the event that defendants file any motions directed at the operative complaint or Consolidated Complaint, plaintiffs shall file their opposition by January 28, 2010. If defendants file a reply to plaintiffs' opposition, they will do so by February 4, 2010. The Court will hear the motions on **April 29, 2010, at 2:00 p.m**

6. Should any defendant challenge plaintiffs' standing to maintain this derivative action on the grounds that plaintiffs failed to satisfy the requirements of Cal. Corp. Code §800 and/or Delaware Chancery Court Rule 23.1 by failing to plead facts sufficient to raise a reasonable doubt that a pre-litigation demand on Accuray's Board of Directors would have been futile, the Court will determine this issue as it relates to the designated complaint or Consolidated Complaint based on the

- 2 -
STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL AND [PROPOSED] ORDER   CASE NO. C 09 05580 CW

membership of the Board on the date plaintiff Beebe filed his original complaint (November 24, 2009).

7. The Lead Plaintiffs for these consolidated actions are Thomas Beebe, Eric Bachinski, and Christopher Borrelli.

8. The Co-Lead Counsel for plaintiffs for the conduct of these consolidated actions are:

>ROBBINS UMEDA LLP
>MARC M UMEDA
>KEVIN A. SEELY
>DANIEL R. FORDE
>600 B Street, Suite 1900
>San Diego, CA 92101
>Telephone: (619) 525-3990
>Facsimile: (619) 525-3991
>
>JOHNSON BOTTINI, LLP
>FRANK J. JOHNSON
>FRANCIS A. BOTTINI, JR.
>DEREK J. WILSON
>501 West Broadway, Suite 1720
>San Diego, CA 92101
>Telephone: (619) 230-0063
>Facsimile: (619) 238-0622
>
>and
>
>KENDALL LAW GROUP, LLP
>HAMILTON P. LINDLEY
>3232 McKinney, Suite. 700
>Dallas, TX 75204
>Telephone: (214) 744-3000
>Facsimile: (214) 744-3015

9. Plaintiffs' Co-Lead Counsel shall have sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

10. Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through plaintiffs' Co-Lead Counsel.

11. Plaintiffs' Co-Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Plaintiffs' Co-Lead Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

12. Defendants' counsel may rely upon all agreements made with plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

13. Defendants take no position as to the appointment of Lead Plaintiffs or Co-Lead Counsel.

14. This Order shall apply to each case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, remanded to or transferred to this Court.

15. When a case which properly belongs as part of the *In re Accuray, Inc. Shareholder Derivative Litigation*, Lead Case No. C 09 05580 CW, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the *In re Accuray, Inc. Shareholder Derivative Litigation*, Lead Case No. C 09 05580 CW, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

16. Defendants are not required to respond to the complaint in any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint.

17. Defendants' counsel shall appear for and accept service on behalf of all defendants not already served, with the exception of defendant Ted T.C. Tu.

DATED:  December 17, 2009         ROBBINS UMEDA LLP
                                  MARC M UMEDA
                                  KEVIN A. SEELY
                                  DANIEL R. FORDE

                                         s/Marc M. Umeda
                                       MARC M. UMEDA

- 4 -
STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL AND [PROPOSED] ORDER    CASE NO. C 09 05580 CW

| | |
|---|---|
| | 600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991 |
| | Counsel for Plaintiff Thomas Beebe and Christopher Borrelli and [Proposed] Co-Lead Counsel for Plaintiffs |
| | KENDALL LAW GROUP, LLP<br>HAMILTON P. LINDLEY<br>3232 McKinney, Ste. 700<br>Dallas, TX 75204<br>Telephone: (214) 744-3000<br>Facsimile: (214) 744-3015 |
| | Counsel for Plaintiff Christopher Borrelli and [Proposed] Co-Lead Counsel for Plaintiffs |
| DATED: December 17, 2009 | JOHNSON BOTTINI, LLP<br>FRANK J. JOHNSON<br>FRANCIS A. BOTTINI, JR.<br>DEREK J. WILSON |
| | _s/Frank J. Johnson_<br>FRANK J. JOHNSON |
| | 501 West Broadway, Suite 1720<br>San Diego, CA 92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 238-0622 |
| | Counsel for Plaintiff Bachinski and [Proposed] Co-Lead Counsel for Plaintiffs |
| DATED: December 17, 2009 | WILSON SONSINI GOODRICH<br>  & ROSATI, P.C.<br>IGNACIO SALCEDA |
| | _s/Ignacio E. Saleda_<br>IGNACIO E. SALCEDA |
| | 650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811 |
| | Counsel for nominal defendant Accuray, Inc. |

- 5 -
STIPULATION CONSOLIDATING ACTIONS, APPOINTING CO-LEAD COUNSEL AND [PROPOSED] ORDER   CASE NO. C 09 05580 CW

and individual defendants Euan S. Thomson, Wayne Wu, Li Yu, Robert S. Weiss, Elizabeth Davila, John P. Wareham, Robert E. McNamara, John R. Adler, Jr., Wade B. Hampton, Louis J. Lavigne, Jr., Dennis L. Winger

I, Marc M. Umeda, am the ECF User whose ID and password are being used to file this Stipulation Consolidating Actions, Appointing Co-Lead Counsel, and Related Matters and [Proposed] Order Thereon. In compliance with General Order No. 45, X.B., I hereby attest that Frank J. Johnson and Ignacio E. Salceda have concurred in this filing.

s/ Marc M. Umeda
MARC M. UMEDA

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

12/23/09

|  |  |
|---|---|
| _____<br>DATED | _____<br>HONORABLE CLAUDIA WILKEN<br>UNITED STATES MAGISTRATE JUDGE |

- 7 -

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice List. I hereby certify that I have sent notification and served a copy of the filing via U.S. mail to the following parties listed below.

**VIA U.S. MAIL**

| | |
|---|---|
| KENDALL LAW GROUP, LLP<br>HAMILTON P. LINDLEY<br>3232 McKinney, Ste. 700<br>Dallas, TX 75204 | JOHNSON BOTTINI, LLP<br>FRANK J. JOHNSON<br>501 West Broadway, Suite 1720<br>San Diego, CA 92101 |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 17, 2009.

                                                                              s/ Marc M. Umeda
                                                                             MARC M. UMEDA