ROBBINS UMEDA LLP
MARC M. UMEDA (197847)
mumeda@robbinsumeda.com
KEVIN A. SEELY (199982)
kseely@robbinsumeda.com
DANIEL R. FORDE (248461)
dforde@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

JOHNSON BOTTINI, LLP
FRANK J. JOHNSON  (174882)
frankj@johnsonbottini.com
FRANCIS A. BOTTINI, JR. (175783)
frankb@johnsonbottini.com
DEREK J. WILSON  (250309)
derekw@johnsonbottini.com
501 West Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

KENDALL LAW GROUP, LLP
HAMILTON P. LINDLEY
hlindley@kendalllawgroup.com
3232 McKinney, Suite. 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile:  (214) 744-3015

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE ACCURAY, INC. SHAREHOLDER DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | Lead Case No.   C 09 05580 CW <br><br> STIPULATION AND ORDER MODIFYING THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STAY **AS MODIFIED** |

1  WHEREAS, there are presently three related shareholder derivative actions against certain of the officers and directors of Accuray, Inc. on file in this Court;

WHEREAS, on December 23, 2009, the Court entered an order consolidating the three derivative actions, setting a briefing schedule, and setting a hearing for the motions on April 29, 2010;

WHEREAS, the current briefing schedule on defendants' anticipated motions is as follows:

- Defendants shall file their motions by January 14, 2010;
- Plaintiffs shall file their oppositions to the motions by January 28, 2010; and
- Defendants shall file their replies by February 4, 2010;

WHEREAS, without affecting the April 29 hearing date set by the Court, the parties desire to extend the briefing on the motions as follows:

- Defendants shall file their motions by February 5, 2010;
- Plaintiffs shall file their oppositions to the motions by March 19, 2010; and
- Defendants shall file their replies by April 8, 2010.

WHEREAS, the April 29, 2010 hearing date will remain unchanged;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

1. Defendants shall file their motions by February 5, 2010;
2. Plaintiffs shall file their oppositions to the motions by March 19, 2010; and
3. Defendants shall file their replies by April 8, 2010.

DATED:  January 7, 2010ROBBINS UMEDA LLP
MARC M UMEDA
KEVIN A. SEELY
DANIEL R. FORDE

     s/Marc M. Umeda
       MARC M. UMEDA

600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991

- 1 -
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DS' MOTION TO DISMISS AND MOTION TO STAY     LEAD CASE NO. C 09 05580 CW

- 2 -

|   |   |
|---|---|
|   | JOHNSON BOTTINI, LLP<br>FRANK J. JOHNSON<br>FRANCIS A. BOTTINI, JR.<br>DEREK J. WILSON<br>501 West Broadway, Suite 1720<br>San Diego, CA 92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 238-0622 |
|   | KENDALL LAW GROUP, LLP<br>HAMILTON P. LINDLEY<br>3232 McKinney, Ste. 700<br>Dallas, TX 75204<br>Telephone: (214) 744-3000<br>Facsimile:  (214) 744-3015 |
|   | Co-Lead Counsel for Plaintiffs |
| DATED:  January 7, 2010 | WILSON SONSINI GOODRICH<br>    & ROSATI, P.C.<br>IGNACIO E. SALCEDA |

                                                        s/Ignacio E. Salceda
                                                        IGNACIO E. SALCEDA

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Counsel for nominal defendant Accuray, Inc. and individual defendants Euan S. Thomson, Wayne Wu, Li Yu, Robert S. Weiss, Elizabeth Davila, John P. Wareham, Robert E. McNamara,  John R. Adler, Jr.,

      I, Marc M. Umeda, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Modifying the Briefing Schedule on Defendants' Motion to Dismiss and Motion to Stay.  In compliance with General Order No. 45, X.B., I hereby attest that Ignacio E. Salceda has concurred in this filing.

                                                        s/ Marc M. Umeda
                                                        MARC M. UMEDA

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, **except that Defendants shall file a single consolidated motion, Plaintiffs a single consolidated opposition, and Defendants a single consolidated reply.**

1/11/10

DATED

*[signature]*

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE