| | |
|---|---|
| 1 | ROBBINS UMEDA LLP |
| | MARC M. UMEDA (197847) |
| 2 | mumeda@robbinsumeda.com |
| | KEVIN A. SEELY (199982) |
| 3 | kseely@robbinsumeda.com |
| | DANIEL R. FORDE (248461) |
| 4 | dforde@robbinsumeda.com |
| | 600 B Street, Suite 1900 |
| 5 | San Diego, CA 92101 |
| | Telephone: (619) 525-3990 |
| 6 | Facsimile:  (619) 525-3991 |
| 7 | Co-Lead Counsel for Plaintiffs |
| 8 | [Additional counsel appear on signature page] |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE ACCURAY, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) | Lead Case No.   C 09 05580 CW |
| This Document Relates To: | ) ) ) | STIPULATION AND ORDER REGARDING FILING OF CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE **AS MODIFIED** |
| ALL ACTIONS | ) ) ) ) | |

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF
CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE
LEAD CASE NO. C 09 05580 CW

1    WHEREAS, on February 5, 2010, defendants filed a motion to stay and to dismiss this
2 consolidated federal derivative action (the "Action"), wherein they sought a limited stay of this
3 Action and raised arguments regarding continuous ownership, demand futility, and failure to state a
4 claim with regard to each count in the Consolidated Verified Shareholder Derivative Complaint (the
5 "Complaint");

6    WHEREAS, on March 8, 2010, the defendants filed notice that they have withdrawn their
7 request for a limited stay of this Action because the earlier filed state court action, *Israni v.*
8 *Thomson, et al.*, Case No. 1-09-CV-149157 (Santa Clara County Superior Court), has been
9 voluntarily dismissed;

10    WHEREAS, the hearing on the defendants' pending motion to dismiss the Complaint is
11 scheduled to be heard on April 29, 2010;

12    WHEREAS, on March 16, 2010, the plaintiff in the above-referenced state court action,
13 Sanjay Israni, filed a shareholder derivative complaint ("Israni Complaint") in this District Court,
14 captioned *Israni v. Thomson, et al.*, No. C 10-01117 WHA. The Israni Complaint contains
15 allegations arising out of the same or substantially the same transactions or events as this Action;

16    WHEREAS, it is anticipated by the parties that the Israni Complaint will be consolidated
17 with this Action pursuant to paragraphs 14 and 15 of the December 23, 2009 Stipulation
18 Consolidating Actions, Appointing Co-Lead Counsel, and Related Matters and Order Thereon;

19    WHEREAS, the Israni Complaint is substantively different from the operative Complaint in
20 this Action in the following ways, among others: (i) plaintiff Israni's pleading regarding continuous
21 ownership of Accuray, Inc. ("Accuray") stock is different; and (ii) plaintiff Israni asserts additional
22 causes of action related to insider selling, which allegations are not in the operative Complaint for
23 this Action;

24    WHEREAS, the parties agree that the Israni Complaint and consolidation into this Action
25 will affect defendants' pending motion to dismiss; and

26
27
28

- 1 -

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF
CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE
LEAD CASE NO. C 09 05580 CW

1    WHEREAS, the parties agree that in order to conserve resources and minimize duplication, the parties need time to address the issues raised by the anticipated filing and consolidation of the Israni Complaint;

   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

   1.   Plaintiffs shall file an amended consolidated complaint within 20 days of entry of the order on this stipulation;

   2.   If defendants respond by motion, they shall file a single consolidated motion within 30 days of the filing of an amended consolidated complaint;

   3.   Plaintiffs shall file a single consolidated opposition within 30 days of the filing of the motion;

   4.   Defendants shall file a single consolidated reply within 20 days of the filing of the opposition;

   5.   The April 29, 2010 hearing on the motion to dismiss shall be taken off calendar and continued to a date convenient for the Court, consistent with the above proposed briefing schedule; and

   6.   Should any defendant challenge plaintiffs' standing to maintain this derivative action on the grounds that plaintiffs failed to satisfy the requirements of Federal Rule of Civil Procedure 23.1 and/or Delaware Chancery Court Rule 23.1, by failing to plead facts sufficient to raise a reasonable doubt that a pre-litigation demand on Accuray's Board would have been futile, the Court will determine this issue as it relates to the amended consolidated complaint based on the membership of the Board on the date the Israni Complaint was filed (March 16, 2010).

DATED:  March 17, 2010            ROBBINS UMEDA LLP
                                  MARC M UMEDA
                                  KEVIN A. SEELY
                                  DANIEL R. FORDE

                                        s/Kevin A. Seely
                                  KEVIN A. SEELY

                                  600 B Street, Suite 1900

- 2 -
STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF
CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE
LEAD CASE NO. C 09 05580 CW

| | |
|---|---|
| | San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991 |
| | JOHNSON BOTTINI, LLP<br>FRANK J. JOHNSON<br>FRANCIS A. BOTTINI, JR.<br>DEREK J. WILSON<br>501 West Broadway, Suite 1720<br>San Diego, CA 92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 238-0622 |
| | KENDALL LAW GROUP, LLP<br>HAMILTON P. LINDLEY<br>3232 McKinney, Ste. 700<br>Dallas, TX 75204<br>Telephone: (214) 744-3000<br>Facsimile: (214) 744-3015 |
| DATED: March 17, 2010 | Co-Lead Counsel for Plaintiffs<br>WILSON SONSINI GOODRICH<br>     & ROSATI, P.C.<br>BORIS FELDMAN<br>IGNACIO E. SALCEDA |

                                                                      s/Ignacio E. Salceda
                                                                         IGNACIO E. SALCEDA

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Counsel for Nominal Defendant Accuray, Inc. and individual defendants Euan S. Thomson, Wayne Wu, Li Yu, Robert S. Weiss, Elizabeth Davila, John P. Wareham, Robert E. McNamara, and John R. Adler, Jr.

     I, Kevin A. Seely, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Filing of Consolidated Complaint and Briefing Schedule. In compliance with General Order No. 45, X.B., I hereby attest that Ignacio E. Salceda has concurred in this filing.

                                                                        s/ Kevin A. Seely
                                                                        KEVIN A. SEELY

1
2  **ORDER**

3   PURSUANT TO STIPULATION, IT IS SO ORDERED.  **A HEARING ON A MOTION
TO DISMISS WILL BE HELD ON JULY 1, 2010 AT 2:00 P.M.  IF NO MOTION IS FILED,
4
A CASE MANAGEMENT CONFERENCE WILL BE HELD ON THAT DATE.**
5
6
    \_\_3/19/2010_____         _____/s/ Claudia Wilken_____
7    DATED                                                HONORABLE CLAUDIA WILKEN
                                                          UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  468855

28                                         - 4 -
STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF
CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE
LEAD CASE NO. C 09 05580 CW