1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE ACCURAY, INC. SHAREHOLDER DERIVATIVE LITIGATION ) ) ) | Lead Case No.  C 09 05580 CW |
| This Document Relates To: ) ) | ORDER CONSOLIDATING ACTIONS |
| ALL ACTIONS ) ) ) ) | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER CONSOLIDATING ACTIONS
LEAD CASE NO. C 09 05580 CW

1  Pursuant to this Court's December 23, 2009 Stipulation Consolidating Actions, Appointing
2  Co-Lead Counsel, and Related Matter and Order Thereon, and consistent with the Administrative
3  Notice of Related Case and Consolidation Pursuant to Court Order, filed by Plaintiffs' Co-Lead
4  Counsel in this action, it is ORDERED that *Israni v. Thomson, et al.*, No. C 10-01117 CW, is hereby
5  consolidated into *In re Accuray, Inc. Shareholder Derivative Litigation,* Case No. 09-cv-05580
6  (CW).

DATED: 3/25/2010

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

468529

- 1 -
[PROPOSED] ORDER CONSOLIDATING ACTIONS
LEAD CASE NO. C 09 05580 CW