1  BORIS FELDMAN, State Bar No. 128838
   boris.feldman@wsgr.com
2  IGNACIO E. SALCEDA, State Bar No. 164017
   isalceda@wsgr.com
3  DIANE M. WALTERS, State Bar No. 148136
   dwalters@wsgr.com
4  DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
   dalepin@wsgr.com
5  BRYAN J. KETROSER, State Bar No. 239105
   bketroser@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  650 Page Mill Road
   Palo Alto, CA 94304-1050
8  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100

10 Attorneys for Defendants
   Euan S. Thomson, Wayne Wu, Li Yu, Robert S.
11 Weiss, Elizabeth Dávila, John P. Wareham,
   Robert E. McNamara, John R. Adler, Jr. and
12 Nominal Defendant Accuray Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE ACCURAY, INC. SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. C 09 05580 CW |
| ——————————————————— | **STIPULATION AND ORDER CONTINUING THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS AND EXTENDING DEADLINE FOR DEFENDANTS' REPLY MEMORANDUM (AS MODIFIED)** |
| This Document Relates to: | |
| ALL ACTIONS | |

1       WHEREAS, on March 19, 2010, the Court entered an order regarding the filing of
2  plaintiffs' amended consolidated complaint and the parties' stipulated briefing schedule for
3  defendants' motion to dismiss;
4       WHEREAS, plaintiffs filed an amended consolidated complaint on April 8, 2010, and
5  Defendants moved to dismiss on May 10, 2010;
6       WHEREAS, the hearing date for defendants' motion to dismiss currently is set for July 1,
7  2010 at 2:00 p.m.;
8       WHEREAS, counsel for defendants has a scheduling conflict on July 1, 2010, and
9  defendants have therefore requested, and plaintiffs have agreed, subject to Court approval, to
10 continue the hearing date on defendants' motion to dismiss until August 5, 2010;
11      WHEREAS, defendants' reply memorandum in support of their motion to dismiss is
12 currently due to be filed on June 17, 2010;
13      WHEREAS, in light of the proposed continuance of the hearing date, defendants have
14 also requested, and plaintiffs have agreed, subject to Court approval, to extend the deadline for
15 defendants' reply memorandum in support of their motion to dismiss by one week to June 24,
16 2010;
17      NOW, THEREFORE, the parties, by and through their undersigned counsel of record,
18 hereby agree and stipulate, subject to Court approval, as follows:
19      1.     The hearing on Defendants' motion to dismiss currently set for July 1, 2010 shall
20 be continued until August 5, 2010 at 2:00 p.m., or as soon thereafter as the matter may be heard;
21 and
22      2.     Defendants shall file their reply memorandum in support of their motion to
23 dismiss by June 24, 2010.
24 / / /
25 / / /
26 / / /
27 / / /
28

1       STIP. AND [PROPOSED] ORDER CONTINUING
         HEARING DATE ON DEFENDANTS'
         MOTION TO DISMISS
         CASE NO. C-09-05580-CW

| | | |
|---|---|---|
| 1 | Dated: June 24, 2010 | Respectfully submitted, |
| 2 | | WILSON SONSINI GOODRICH & ROSATI |
| | | PROFESSIONAL CORPORATION |
| 3 | | 650 Page Mill Road |
| | | Palo Alto, CA 94304 |
| 4 | | Telephone: (650) 493-9300 |
| | | Facsimile: (650) 493-6811 |
| 5 | | |
| 6 | | By:     /s/ Ignacio Salceda |
| | | Ignacio Salceda |
| 7 | | |
| | | Attorneys for Euan S. Thomson, Wayne Wu, Li Yu, |
| 8 | | Robert S. Weiss, Elizabeth Dávila, John P. Wareham, |
| | | Robert E. McNamara, John R. Adler, Jr. and Nominal |
| 9 | | Defendant Accuray Incorporated |
| 10 | | |
| 11 | Dated: June 24, 2010 | ROBBINS UMEDA LLP |
| | | Marc M. Umeda |
| 12 | | Kevin A. Seely |
| | | Daniel R. Forde |
| 13 | | 600 B Street, Suite 1900 |
| | | San Diego, CA  92101 |
| 14 | | Telephone: (619) 525-3990 |
| | | Facsimile: (619) 525-3991 |
| 15 | | |
| 16 | | JOHNSON BOTTINI, LLP |
| | | Frank J. Johnson |
| 17 | | Francis A. Bottini, Jr. |
| | | Derek J. Wilson |
| 18 | | 501 West Broadway, Suite 1720 |
| | | San Diego, CA  92101 |
| 19 | | Telephone: (619) 230-0063 |
| | | Facsimile: (619) 238-0622 |
| 20 | | |
| 21 | | KENDALL LAW GROUP LLP |
| | | Hamilton P. Lindley |
| 22 | | 3232 McKinney, Suite 700 |
| | | Dallas, TX 75204 |
| 23 | | Telephone: (214) 744-3000 |
| | | Facsimile: (214) 744-3015 |
| 24 | | |
| 25 | | By:     /s/ Kevin A. Seely |
| | | Kevin A. Seely |
| 26 | | |
| | | Co-Lead Counsel for Plaintiffs |
| 27 | | |
| 28 | | |

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.  FURTHER CASE

3 MANAGEMENT CONFERENCE ALSO CONTINUED TO 8/5/2010 AT 2:00 P.M.

5 Dated:  **6/24/2010**                                          _____
HONORABLE CLAUDIA WILKEN
6                                                                                   United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Ignacio E. Salceda, attest that concurrence in the filing of this document has been obtained from the signatory, Kevin A. Seely.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 16th day of June, 2010 at Palo Alto, California.

By:   /s/ Ignacio E. Salceda
Ignacio E. Salceda

Attorneys for Euan S. Thomson, Wayne Wu, Li Yu, Robert S. Weiss, Elizabeth Dávila, John P. Wareham, Robert E. McNamara, John R. Adler, Jr. and Nominal Defendant Accuray Incorporated