1  ROBBINS UMEDA LLP
   MARC M. UMEDA (197847)
2  mumeda@robbinsumeda.com
   KEVIN A. SEELY (199982)
3  kseely@robbinsumeda.com
   KELLY M. MCINTYRE (212360)
4  kmcintyre@robbinsumeda.com
   ALEJANDRO E. MORENO (256802)
5  amoreno@robbinsumeda.com
   600 B Street, Suite 1900
6  San Diego, CA 92101
   Telephone: (619) 525-3990
7  Facsimile:  (619) 525-3991

8  JOHNSON BOTTINI, LLP
   FRANK J. JOHNSON  (174882)
9  frankj@johnsonbottini.com
   FRANCIS A. BOTTINI, JR. (175783)
10 frankb@johnsonbottini.com
   KEITH M. COCHRAN (254346)
11 keithc@johnsonbottini.com
   501 West Broadway, Suite 1720
12 San Diego, CA 92101
   Telephone: (619) 230-0063
13 Facsimile:  (619) 238-0622

14 KENDALL LAW GROUP, LLP
   JOE KENDALL
15 jkendall@kendalllawgroup.com
   JAMIE J. MCKEY
16 jmckey@kendalllawgroup.com
   3232 McKinney, Suite. 700
17 Dallas, TX 75204
   Telephone: (214) 744-3000
18 Facsimile: (214) 744-3015

19 Co-Lead Counsel for Plaintiff

20                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
21                         OAKLAND DIVISION

22

| IN RE ACCURAY, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) | Lead Case No.   C 09 05580 CW |
|---|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | ) ) ) ) ) ) ) | STIPULATION AND ORDER CONTINUING THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS **(AS MODIFIED)** |

1  WHEREAS, on March 19, 2010, the Court entered an order regarding the filing of plaintiffs' amended consolidated complaint and the parties' stipulated briefing schedule for defendants' motion to dismiss;

WHEREAS, plaintiffs filed an amended consolidated complaint on April 8, 2010, and defendants moved to dismiss on May 10, 2010;

WHEREAS, an ADR Phone Conference is set for August 3, 2010 at 11:30 a.m. Pacific Time;

WHEREAS, the hearing date for defendants' motion to dismiss and a case management conference are currently scheduled for August 5, 2010 at 2:00 p.m.;

WHEREAS, counsel for plaintiffs has a scheduling conflict on August 5, 2010, and plaintiffs have therefore requested, and defendants have agreed, subject to Court approval, to continue the hearing date on defendants' motion to dismiss and the case management conference to September 16, 2010 at 2:00 p.m.;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

1. The hearing on defendants' motion to dismiss and case management conference currently set for August 5, 2010 shall be continued until September 16, 2010 at 2:00 p.m., or as soon thereafter as the matter may be heard.

2. The ADR Phone Conference, set for August 3, 2010 at 11:30 a.m. Pacific Time, shall take place as scheduled.

DATED: July 22, 2010

ROBBINS UMEDA LLP
MARC M UMEDA
KEVIN A. SEELY
DANIEL R. FORDE

       s/Kevin A. Seely
       KEVIN A. SEELY

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

JOHNSON BOTTINI, LLP
FRANK J. JOHNSON
FRANCIS A. BOTTINI, JR.

- 1 -
STIPULATION AND [PROPOSED] CONTINUING HEARING DATE
ON DEFENDANTS' MOTION TO DISMISS    LEAD CASE NO. C 09 05580 CW

- 2 -

|   |   |
|---|---|
|   | KEITH M. COCHRAN<br>501 West Broadway, Suite 1720<br>San Diego, CA 92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 238-0622 |
|   | KENDALL LAW GROUP, LLP<br>JOE KENDALL<br>JAMIE J. MCKEY<br>3232 McKinney, Ste. 700<br>Dallas, TX 75204<br>Telephone: (214) 744-3000<br>Facsimile:  (214) 744-3015 |
|   | Co-Lead Counsel for Plaintiffs |
| DATED:  July 22, 2010 | WILSON SONSINI GOODRICH<br>   & ROSATI, P.C.<br>BORIS FELDMAN<br>IGNACIO E. SALCEDA |

s/Ignacio E. Salceda
IGNACIO E. SALCEDA

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Counsel for Nominal Defendant Accuray, Inc.
and individual defendants Euan S. Thomson,
Wayne Wu, Li Yu, Robert S. Weiss, Elizabeth
Davila, John P. Wareham, Robert E.
McNamara, and John R. Adler, Jr.

I, Kevin A. Seely, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Hearing Date on Defendants' Motion to Dismiss.  In compliance with General Order No. 45, X.B., I hereby attest that Ignacio E. Salceda has concurred in this filing.

s/ Kevin A. Seely
KEVIN A. SEELY

**ORDER (AS MODIFIED)**

PURSUANT TO STIPULATION, THE HEARING IS CONTINUED.  IT WILL BE HELD ON 8/12, OR ON A FUTURE DATE TO WHICH COUNSEL IN THIS CASE AND 09 CV 3362 CAN STIPULATE FOR BOTH MOTIONS TO DISMISS.

_7/26/2010_  
DATED

_/s/ Claudia Wilken_  
HONORABLE CLAUDIA WILKEN  
UNITED STATES DISTRICT JUDGE

509414

- 3 -  
STIPULATION AND [PROPOSED] CONTINUING HEARING DATE  
ON DEFENDANTS' MOTION TO DISMISS    LEAD CASE NO. C 09 05580 CW

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 22, 2010.

s/Kevin A. Seely<br>KEVIN A. SEELY