1   ROBBINS UMEDA LLP
    MARC M. UMEDA (197847)
2   mumeda@robbinsumeda.com
    KEVIN A. SEELY (199982)
3   kseely@robbinsumeda.com
    KELLY M. MCINTYRE (212360)
4   kmcintyre@robbinsumeda.com
    ALEJANDRO E. MORENO (256802)
5   amoreno@robbinsumeda.com
    600 B Street, Suite 1900
6   San Diego, CA 92101
    Telephone: (619) 525-3990
7   Facsimile:  (619) 525-3991

8   JOHNSON BOTTINI, LLP
    FRANK J. JOHNSON (174882)
9   frankj@johnsonbottini.com
    FRANCIS A. BOTTINI, JR. (175783)
10  frankb@johnsonbottini.com
    KEITH M. COCHRAN (254346)
11  keithc@johnsonbottini.com
    501 West Broadway, Suite 1720
12  San Diego, CA 92101
    Telephone: (619) 230-0063
13  Facsimile:  (619) 238-0622

14  KENDALL LAW GROUP, LLP
    JOE KENDALL
15  jkendall@kendalllawgroup.com
    JAMIE J. MCKEY
16  jmckey@kendalllawgroup.com
    3232 McKinney, Suite. 700
17  Dallas, TX 75204
    Telephone: (214) 744-3000
18  Facsimile:  (214) 744-3015

19  Co-Lead Counsel for Plaintiffs

20                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
21                       OAKLAND DIVISION

22  IN RE ACCURAY, INC. SHAREHOLDER     )  Lead Case No.   C 09 05580 CW
23  DERIVATIVE LITIGATION               )
                                        )
24  This Document Relates To:           )  STIPULATION AND ORDER FOR
                                        )  EXTENSION OF TIME TO FILE
25      ALL ACTIONS                     )  AMENDED COMPLAINT
                                        )
26                                      )
                                        )
27                                      )

28

────────────────────────────────────────────────────────────────
STIPULATION AND [PROPOSED] ORDER FOR EXTENSION          LEAD CASE NO. C 09 05580 CW
OF TIME TO FILE AMENDED COMPLAINT

1    WHEREAS, on April 8, 2010, plaintiffs filed an amended consolidated complaint
2    ("Complaint");

3    WHEREAS, on May 10, 2010, defendants moved to dismiss the Complaint, plaintiffs filed
4    their opposition on June 9, 2010, and defendants filed their reply on June 22, 2010;

5    WHEREAS, on August 12, 2010, the Court heard oral arguments regarding the motion to
6    dismiss;

7    WHEREAS, on August 31, 2010, the Court entered an order granting defendants' motion to
8    dismiss with leave to amend (the "Order");

9    WHEREAS, pursuant to the Order, plaintiffs' amended complaint is due no later than
10   September 20, 2010;

11   WHEREAS, the parties have had on-going discussions regarding calendaring, briefing
12   scheduling, and related issues;

13   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs and
14   defendants, through their respective counsel of record that unless later agreed otherwise in writing:

15   1.    Any amended complaint shall be filed by no later than September 27, 2010.

16   2.    Defendants shall respond by October 14, 2010.

17   3.    If Defendants file a motion to dismiss, Plaintiffs shall file an opposition by October
18   28, 2010, and Defendants shall file a reply by November 4, 2010.

19   4.    Except as amended by this stipulation, all other dates set forth in the Order shall
20   remain the same.

21   DATED:  September 14, 2010                JOHNSON BOTTINI, LLP
22                                            FRANK J. JOHNSON
                                              FRANCIS A. BOTTINI, JR.
23                                            KEITH M. COCHRAN

24
                                                     /s Frank J. Johnson
25                                            FRANK J. JOHNSON

26                                            501 West Broadway, Suite 1720
                                              San Diego, CA 92101
27                                            Telephone: (619) 230-0063
                                              Facsimile: (619) 238-0622
28
                                   - 1 -

1    ROBBINS UMEDA LLP
     MARC M UMEDA
2    KEVIN A. SEELY
     KELLY M. MCINTYRE
3    ALEJANDRO E. MORENO
     600 B Street, Suite 1900
4    San Diego, CA 92101
     Telephone:  (619) 525-3990
5    Facsimile:  (619) 525-3991

6    KENDALL LAW GROUP, LLP
     JOE KENDALL
7    JAMIE J. MCKEY
     3232 McKinney, Ste. 700
8    Dallas, TX 75204
     Telephone: (214) 744-3000
9    Facsimile:  (214) 744-3015

10   Co-Lead Counsel for Plaintiffs

11   DATED:  September 14, 2010    WILSON SONSINI GOODRICH
                                      & ROSATI, P.C.
12                                 BORIS FELDMAN
                                   IGNACIO E. SALCEDA
13

14                                        /s Ignacio E. Salceda
                                   IGNACIO E. SALCEDA
15

16                                 650 Page Mill Road
                                   Palo Alto, CA 94304
17                                 Telephone: (650) 493-9300
                                   Facsimile: (650) 493-6811
18

19                                 Counsel for Nominal Defendant Accuray, Inc.
                                   and Individual Defendants Euan S. Thomson,
                                   Wayne Wu, Li Yu, Robert S. Weiss, Elizabeth
20                                 Davila, John P. Wareham, Robert E.
                                   McNamara, and John R. Adler, Jr.
21

22        I, Frank J. Johnson, am the ECF User whose ID and password are being used to file this

23   Stipulation and [Proposed] Order for Extension of Time to File Amended Complaint.  In compliance

24   with General Order No. 45, X.B., I hereby attest that Ignacio E. Salceda has concurred in this filing.

25                                        /s Frank J. Johnson
                                   FRANK J. JOHNSON
26

27

28

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION          LEAD CASE NO. C 09 05580 CW
OF TIME TO FILE AMENDED COMPLAINT

1

**ORDER**

Pursuant to the parties' stipulation and good cause appearing therefor:

2

1.      Any amended complaint shall be filed by no later than September 27, 2010.

3

4

2.      Defendants shall respond by October 14, 2010.

5

3.      If Defendants file a motion to dismiss, Plaintiffs shall file an opposition by October

6

28, 2010, and Defendants shall file a reply by November 4, 2010.

7

4.      Except as amended by this stipulation, all other dates set forth in the Order shall

8

remain the same.

9

10

 **9/16/2010**

11

DATED                                                                HONORABLE CLAUDIA WILKEN
                                                                     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION                LEAD CASE NO. C 09 05580 CW
OF TIME TO FILE AMENDED COMPLAINT

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on September 14, 2010, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses on the Electronic Mail Notice List.

5      I certify under penalty of perjury under the laws of the United States of America that the

6   foregoing is true and correct.  Executed on September 14, 2010.

7

8                                                    */s Frank J. Johnson*
                                                    FRANK J. JOHNSON

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION          LEAD CASE NO. C 09 05580 CW
OF TIME TO FILE AMENDED COMPLAINT