IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ACCURAY, INC. SHAREHOLDER DERIVATIVE LITigation | No. 09-CV-5580 CW<br><br>ORDER DISMISSING CASE |

    This case involves a shareholder derivative complaint. On August 31, 2010, this Court granted Defendants' motion to dismiss, and granted Plaintiffs leave to file an amended complaint. Docket No. 53. On September 27, 2010, Plaintiffs filed a notice of their intent not to file an amended complaint. Docket No. 58. For this reason, the case is dismissed. The case management conference scheduled for October 19, 2010 at 2:00 pm is vacated. The Clerk shall enter judgment for Defendants, who may recover their costs from Plaintiffs.

IT IS SO ORDERED.

Dated: **10/6/2010**

CLAUDIA WILKEN
United States District Judge