ORIGINAL

FILE BY FAX

ROBBINS UMEDA LLP
MARC M. UMEDA (197847)
mumeda@robbinsumeda.com
KEVIN A. SEELY (199982)
kseely@robbinsumeda.com
KELLY M. MCINTYRE (212360)
kmcintyre@robbinsumeda.com
ALEJANDRO E. MORENO (256802)
amoreno@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

KENDALL LAW GROUP, LLP
JOE KENDALL
jkendall@kendalllawgroup.com
JAMIE J. MCKEY
jmckey@kendalllawgroup.com
3232 McKinney, Suite. 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

Co-Lead Counsel for Plaintiffs Thomas Beebe,
Christopher Borrelli and Sanjay Israni

FILED

NOV - 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| IN RE ACCURAY, INC. SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No.   C 09 05580 CW |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |

NOTICE OF APPEAL TO U.S. COURT OF APPEALS FOR 9TH CIRCUIT   LEAD CASE NO. C 09 05580 CW

Pursuant to Federal Rule of Appellate Procedure 4(a)(1), notice is hereby given that plaintiffs Thomas Beebe, Christopher Borrelli, and Sanjay Israni, derivatively on behalf of Accuray, Inc., hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Dismissing Case entered in this action by the Honorable Claudia Wilken of the United States District Court for the Northern District of California on October 6, 2010.

DATED: November 5, 2010

ROBBINS UMEDA LLP
MARC M. UMEDA
KEVIN A. SEELY
KELLY M. MCINTYRE
ALEJANDRO E. MORENO

_____
KEVIN A. SEELY

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile  (619) 525-3991

KENDALL LAW GROUP, LLP
JOE KENDALL
JAMIE J. MCKEY
3232 McKinney, Suite. 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile:  (214) 744-3015

Co-Lead Counsel for Plaintiffs Thomas Beebe, Christopher Borrelli and Sanjay Israni

- 1 -
NOTICE OF APPEAL TO U.S. COURT OF APPEALS FOR 9TH CIRCUIT   LEAD CASE NO. C 09 05580 CW

## CERTIFICATE OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 600 B Street, Suite 1900, San Diego, California 92101.

2. That on November 5, 2010, declarant served by causing a true and correct copy thereof of the following document:

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

to be deposited in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this November 5, 2010, at San Diego, California.

_____
KEVIN A. SEELY

539806

- 2 -

NOTICE OF APPEAL TO U.S. COURT OF APPEALS FOR 9TH CIRCUIT    LEAD CASE NO. C 09 05580 CW

*In re Accuray, Inc. Shareholder Derivative Litig.*, No. C 09-05580 CW

COUNSEL FOR PLAINTIFFS THOMAS
BEEBE, CHRISTOPHER BORRELLI &
SANJAY ISRANI

Robbins Umeda LLP
Marc M. Umeda
Kevin A. Seely
Kelly M. McIntyre
Alejandro E. Moreno
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Kendall Law Group, LLP
Joe Kendall
Jamie McKey
3232 McKinney, Suite. 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

Federman & Sherwood
William B. Federman
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

Law Offices of Marc Henzel
Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
Telephone: (610) 660-8000
Facsimile: (610) 660-8080

COUNSEL FOR PLAINTIFF ERIC
BACHINSKI

Johnson Bottini, LLP
Frank J. Johnson
Francis A. Bottini, Jr.
Keith Cochran
501 West Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

COUNSEL FOR DEFENDANTS

Wilson Sonsini Goodrich & Rosati PC
Boris Feldman
Ignacio E. Salceda
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Counsel for nominal defendant Accuray,
Inc. and individual defendants Euan S.
Thomson, Wayne Wu, Li Yu, Robert S.
Weiss, Elizabeth Davila, John P. Wareham,

Robert E. McNamara,  John R. Adler, Jr.,
Wade B. Hampton, Louis J. Lavigne, Jr.,
Dennis L. Winger