1
2
3
4
5
6
7
8
9            UNITED STATES DISTRICT COURT
10           NORTHERN DISTRICT OF CALIFORNIA
11                  OAKLAND DIVISION

| IN RE ACCURAY, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) | Lead Case No.  C 09 05580 CW |
|---|---|---|
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) | **ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' CASE CONTRIBUTION AWARDS** |

1   This matter came before the Court for hearing on May 5, 2011, to consider approval of the proposed settlement ("Settlement") set forth in the Stipulation of Settlement dated March 11, 2011, and the exhibits thereto (the "Stipulation").  The Court has reviewed and considered all documents, evidence, objections (if any), and arguments presented in support of or against the Settlement and on the application of Plaintiffs'-Appellants' Counsel and Demand Shareholder's Counsel for an award of the agreed upon attorneys' fees and expenses incurred in the litigation; the Court, having considered all papers filed and proceedings conducted herein, and having found the Settlement of this litigation to be fair, reasonable, and adequate, and otherwise being fully informed in the premises and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Judgment incorporates by reference the definitions in the Stipulation, and all capitalized terms used herein shall have the same meanings as set forth in the Stipulation.

2. This Court has jurisdiction over the subject matter of the application and all matters relating thereto, including over all Settling Parties.

3. The Court hereby approves the Fee and Expense Award in accordance with the Stipulation and finds that the amount of fees awarded is fair and reasonable.  No other fees, costs, or expenses may be awarded to Plaintiffs'-Appellants' Counsel and Demand Shareholder's Counsel in connection with the Settlement.  The Fee and Expense Award shall be paid to Plaintiffs'-Appellants' Counsel and Demand Shareholder's Counsel in accordance with the terms of the Stipulation.

4. The Court hereby approves the incentive award of $1,000 to be paid to each plaintiff, Thomas Beebe, Christopher Borrelli, Sanjay Israni, and Eric Bachinski, for their participation and effort in the prosecution of Plaintiffs' Actions, to be paid by Plaintiffs'-Appellants' Counsel and Demand Shareholder's Counsel from the Fee and Expense Award.

IT IS SO ORDERED.

DATED: May 6, 2011

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

- 2 -

Submitted by:

ROBBINS UMEDA LLP
MARC M. UMEDA
KEVIN A. SEELY
KELLY M. MCINTYRE

s/ Kelly M. McIntyre
KELLY M. MCINYTRE

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile (619) 525-3991

JOHNSON BOTTINI, LLP
FRANK J. JOHNSON
FRANCIS A. BOTTINI, JR.
KEITH M. COCHRAN
501 West Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

KENDALL LAW GROUP, LLP
JOE KENDALL
JAMIE J. MCKEY
3232 McKinney, Suite. 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

Co-Lead Counsel for Plaintiffs

589269

ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND EXPENSES
Lead Case No. C 09 05580 CW